BROWNSTEIN HYATT FARBER SCHRECK, LLP
One East Washington Street, Suite 2400
Phoenix, AZ 85004

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Public Integrity Alliance, Inc., an Arizona nonprofit membership corporation; Bruce Ash, an individual; Fernando Gonzales, an individual; Lori Oien, an individual; and Ken Smalley, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>City of Tucson, a chartered city of the State of Arizona; Jonathan Rothschild, in his capacity as the Mayor of the City of Tucson; Regina Romero, Paul Cunningham, Karin Uhlich, Shirley Scott, Richard Fimbres, and Steve Kozachik, each in his or her capacity as a member of the Tucson City Council; and Roger Randolph, in his capacity as the Clerk of the City of Tucson,<br><br>Defendants. | No.<br><br>**[PROPOSED] ORDER** |

Having read the Plaintiffs' Motion for Preliminary Injunction (the "Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** that,

The parties or their respective counsel shall appear on _____, 2015 at _____:_____ [a.m. / p.m.] to [discuss the status of this case and schedule a

preliminary injunction hearing / present evidence and arguments for or against a preliminary injunction].

   Dated this _____ day of _____, 2015.

                    _____
                    United States District Court Judge