1

2

LAW OFFICES OF

**BOSSÉ ROLLMAN & FUNK**

——— PC ———

3
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719

4
Richard M. Rollman, SB#004116
rollman@bossefunklaw.com

5
Richard A. Brown, SB#013779
brown@bossefunklaw.com

6
Michael G. Rankin, SB#015989
mike.rankin@tucsonaz.gov

7
Dennis McLaughlin, SB#009197
dennis.mclaughlin@tucsonaz.gov

8
OFFICE OF THE TUCSON CITY ATTORNEY
P.O. Box 27210

9
Tucson, Arizona 85726-7210

Attorneys for Defendants

10

11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

12

13
Public Integrity Alliance, Inc., an Arizona
nonprofit membership corporation; Bruce Ash,
an individual; Fernando Gonzales, an individual;

14
Ann Holden, an individual; Lori Oien, an
individual; and Ken Smalley, an individual,

15

No.  4:15-cv-00138-CKJ

**NOTICE OF ERRATA**

Plaintiffs,

16

vs.

17
City of Tucson, a chartered city of the State of
Arizona; Jonathan Rothschild, in his capacity as

18
Mayor of the City of Tucson; Regina Romero,
Paul Cunningham, Karin Uhlich, Shirley Scott,

19
Richard Fimbres, and Steve Kozachik, each in
his or her capacity as a member of the Tucson

20
City Council; and Roger Randolph, in his
capacity as the Clerk of the City of Tucson,

21

22

Defendants.

23
        Defendants hereby give notice that the Answer (D13) and Opposition to Motion for

24
Preliminary Injunction (D14) filed today were filed on a caption which mistakenly

25
identified the court as The Superior Court of Arizona rather than the correct caption above

26
identifying the court as The United States District Court for the District of Arizona.

*S:\Cli\10010.226\Pleadings\NOErrata[042915].docx*

LAW OFFICES OF
BOSSÉ ROLLMAN & FUNK
P.C.
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719   520-320-1300

RESPECTFULLY SUBMITTED April 29, 2015.

BOSSÉ, ROLLMAN & FUNK P.C.

By: /s/ Richard M. Rollman
    Richard M. Rollman
    Richard A. Brown
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 29, 2015, I electronically transmitted the attached document to the Clerk's Office on using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kory A. Langhofer
Thomas J. Basile
BROWNSTEIN HYATT FARBER SCHRECK, LLP
Suite 2400
One East Washington Street
Phoenix, Arizona 85004
klanghofer@bhfs.com
tbasile@bhfs.com
Attorneys for Plaintiff

By: /s/ Bille Jo Labby

2

*S:\Cli\10010.226\Pleadings\NOErrata[042915].docx*