Law Offices Of
**BOSSÉ ROLLMAN & FUNK**
PC
3507 North Campbell Avenue, Suite 111
Tucson, Arizona 85719

Richard M. Rollman, SB#004116
rollman@bossefunklaw.com
Richard A. Brown, SB#013779
brown@bossefunklaw.com

Michael G. Rankin, SB#015989
mike.rankin@tucsonaz.gov
Dennis McLaughlin, SB#009197
dennis.mclaughlin@tucsonaz.gov
Office of the Tucson City Attorney
P.O. Box 27210
Tucson, Arizona 85726-7210

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Public Integrity Alliance, Inc., an Arizona nonprofit membership corporation; Bruce Ash, an individual; Fernando Gonzales, an individual; Ann Holden, an individual; Lori Oien, an individual; and Ken Smalley, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Tucson, a chartered city of the State of Arizona; Jonathan Rothschild, in his capacity as Mayor of the City of Tucson; Regina Romero, Paul Cunningham, Karin Uhlich, Shirley Scott, Richard Fimbres, and Steve Kozachik, each in his or her capacity as a member of the Tucson City Council; and Roger Randolph, in his capacity as the Clerk of the City of Tucson, <br><br> Defendants. | No. 4:15-cv-00138-CKJ <br><br> **SUPPLEMENTAL CITATION OF AUTHORITY** |

Defendants give notice of the following Supplemental Citation of Authority, discovered through research occurring since the filing of their Opposition to Plaintiffs' Motion for Preliminary Injunction on April 29, 2015, and specifically supporting the arguments in Section II-IV of that Opposition (pp.5-12):

*S:\Cli\10010.226\Pleadings\SuppCitAuth[050515].docx*

LAW OFFICES OF
BOSSÉ ROLLMAN & FUNK P.C.
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719   520-320-1300

*Stokes v. Fortson*, 234 F. Supp. 575 (N.D. Ga. 1964).

*Holshouser v. Scott*, 335 F. Supp. 928 (M.D.N.C. 1971), *summarily aff'd*, 409 U.S. 807 (1972).

At the hearing on May 8, Defendants may also present argument based on any or all of the following cases, discovered through research occurring since the filing of their Opposition to Motion for Preliminary Injunction on April 29, 2015:

*New York State Board of Elections v. Lopez Torres*, 552 U.S. 196 (2008).

*Alaskan Independence Party v. Alaska*, 545 F.3d 1173 (9th Cir. 2008).

*Arizona Green Party v. Bennett*, 20 F. Supp. 3d 740 (D. Ariz. 2014).

*Van Arsdell v. Shumway*, 165 Ariz. 289, 798 P.2d 1298 (1990).

RESPECTFULLY SUBMITTED May 5, 2015.

           BOSSÉ, ROLLMAN & FUNK P.C.

         By: /s/ Richard A. Brown
            Richard M. Rollman
            Richard A. Brown
            Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 5, 2015, I electronically transmitted the attached document to the Clerk's Office on using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kory A. Langhofer
Thomas J. Basile
BROWNSTEIN HYATT FARBER SCHRECK, LLP
Suite 2400
One East Washington Street
Phoenix, Arizona 85004
klanghofer@bhfs.com
tbasile@bhfs.com
Attorneys for Plaintiff

By: /s/ Bille Jo Labby

*S:\Cli\10010.226\Pleadings\SuppCitAuth[050515].docx*