Kory A. Langhofer – 024722
klanghofer@bhfs.com
Thomas J. Basile – 031150
tbasile@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
One East Washington Street, Suite 2400
Phoenix, Arizona 85004
Telephone: 602.382.4040
Facsimile: 602.382.4020

*Attorneys for the Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Public Integrity Alliance, Inc., an Arizona nonprofit membership corporation; Bruce Ash, an individual; Fernando Gonzales, an individual; Ann Holden, an individual; Lori Oien, an individual; and Ken Smalley, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> City of Tucson, a chartered city of the State of Arizona; Jonathan Rothschild, in his capacity as the Mayor of the City of Tucson; Regina Romero, Paul Cunningham, Karin Uhlich, Shirley Scott, Richard Fimbres, and Steve Kozachik, each in his or her capacity as a member of the Tucson City Council; and Roger Randolph, in his capacity as the Clerk of the City of Tucson, <br><br> Defendants. | No. CV15-00138-TUC-CKJ <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Public Integrity Alliance, Inc., Bruce Ash, Fernando Gonzales, Ann Holden, Lori Oien, and Ken Smalley, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from a judgment and order denying plaintiffs' requested relief entered in this action on May 20, 2015. A copy of the order is attached hereto as "Exhibit A."

1  DATED this 5th day of June, 2015.

2                                          BROWNSTEIN HYATT FARBER
                                           SCHRECK, LLP
3

4                                          By:  *s/Kory A. Langhofer*
                                                Kory A. Langhofer
5                                               Thomas J. Basile
                                                One East Washington Street, Suite 2400
6                                               Phoenix, Arizona 85004
                                                *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on June 5, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard M. Rollman – rollman@bossefunklaw.com

Richard A. Brown – brown@bossefunklaw.com

Michael G. Rankin – mike.rankin@tucsonaz.gov

Dennis McLaughlin – dennis.mclaughlin@tucsonaz.gov

By   *s/Ashly White*